**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRIC LAMB,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES 1-20, and ROE BUSINESS ENTITIES 1-20,<br><br>    Defendants. | CASE NO.:<br><br>**DECLARATION OF DANIEL MOORE IN SUPPORT OF DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

I, Daniel Moore, declare as follows:

1. I am employed as Director Counsel-Litigation for Target Enterprises, Inc. I am personally familiar with the within stated facts and would and could testify based upon personal knowledge of the same, and as to those facts stated on information and belief, I believe them to be true.

2. At all times material hereto, Target Corporation was and is incorporated in the state of Minnesota.

3. At all times material hereto, Target's corporate Headquarters and Executive Officers were and are located in Minneapolis, Minnesota.

///

1

**DECLARATION OF DANIEL MOORE IN SUPPORT OF DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

4. At all times material hereto, Target's Executive Officers and senior management, including, but not limited to, the Chief Executive Officers, Chief Operating Officer, Chief Financial Officers, Chief Legal Officer, Chief Marketing Officer, Chief Human Resources Officer, and Chief Stores Officer, were and are located at Target Headquarters in Minnesota.

5. At all times material hereto, Target's managerial and policymaking functions, including, but not limited to, finance, marketing, merchandising, legal, technology services, store operations, human resources, and property development, were and are performed at and promulgated from Target Headquarters in Minnesota.

6. At all times material hereto, Target's corporate books, records, and accounts were and are created and maintained at Target Headquarters in Minnesota.

I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct, and if called upon to testify to the facts thereto, I could and would do so competently.

Executed on March 12, 2020 in Minneapolis, Minnesota.

_____
DANIEL MOORE

v:\k-o\lamb_target\atty notes\drafts\pldgs\20200310_decl_moore_bjp.docx