UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PATRIC LAMB,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation, DOES 1-20, and ROE BUSINESS ENTITIES 1-20,<br><br>        Defendant. | 2:20-cv-00514-GMN-VCF<br><br>**ORDER** |

Before the Court is the Notice of Settlement (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for September 15, 2021, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 8, 2021.

DATED this 7th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE