1  **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3  3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
4  Telephone:  (702) 257-1997
Facsimile:  (702) 257-2203
5  lyoung@lgclawoffice.com

6  Attorneys for Defendant, TARGET CORPORATION

7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10  PATRIC LAMB,                              CASE NO.: 2: 20-cv-00514-GMN-VCF

11        Plaintiff,
                                          **STIPULATION AND ORDER FOR**
12  v.                                      **DISMISSAL, WITH PREJUDICE**

13  TARGET CORPORATION, a Foreign
Corporation; DOES 1-20 and ROE BUSINESS
14  ENTITIES 1-20, inclusive,

15        Defendants.

16        IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, PATRIC LAMB, by and

17  through his attorney of record, RICHARD A. HARRIS, ESQ. and JOHNATHAN M. LEAVITT, ESQ.

18  of the RICHARD HARRIS LAW FIRM, and Defendant, TARGET CORPORATION, by and through

19  its attorneys of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON &

20  CERCOS, LLP, that Plaintiff's Complaint is hereby dismissed as to all parties, with prejudice, with

21  each party to bear their own attorney's fees and costs.

22

23

24

25

26

27

28

1    **IT IS SO ORDERED** that the Complaint filed by Plaintiff, PATRIC LAMB, is hereby

2  dismissed as to all parties, with prejudice, with each party to bear its own fees and costs.

3

4    DATED this 4th day of November, 2021.        DATED this 4th day of November, 2021.

5    **RICHARD HARRIS LAW FIRM**              **LINCOLN, GUSTAFSON & CERCOS, LLP**

6     /s/  Johnathan M. Leavitt                    /s/  Loren S. Young
7    **RICHARD A. HARRIS, ESQ.**               **LOREN S. YOUNG, ESQ.**
     Nevada Bar No. 00505                       Nevada Bar No. 7567
8    **JOHNATHAN M. LEAVITT, ESQ.**            3960 Howard Hughes Parkway, Suite 200
     Nevada Bar No. 13172                       Las Vegas. NV 89169
9    801 S. Fourth Street                       *Attorneys for Defendant. Target Corporation*
     Las Vegas, Nevada 89101
10   *Attorneys for Plaintiff, Patric Lamb*

11

12                                              **IT IS SO ORDERED.**

13

14                                              Dated this ___4___ day of November, 2021.

15

16

17                                              Gloria M. Navarro, District Judge
                                                UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

**Barbara Pederson**

| | |
|---|---|
| **From:** | Johnathan Leavitt <JLeavitt@richardharrislaw.com> |
| **Sent:** | Thursday, November 4, 2021 1:39 PM |
| **To:** | Barbara Pederson |
| **Cc:** | Loren Young; Amy Chandler; Michelle McCracken |
| **Subject:** | Re: 2021 0720 Medicare Dispute Decision Partially Favorable $4184.09.pdf |
| **Attachments:** | 20211104_SODW_bjp.pdf |

You have my permission to affix my signature and file. Thank you.

Regards,

**Johnathan Leavitt**
Lawyer - Partner



**Las Vegas**

801 South 4th Street
Las Vegas, NV 89101
T: 702.444.4444, ext. 247
F: 702.444.4455
C: 702.505.0504

**Reno**

6900 S. McCarran Blvd., #1010
Reno, NV 89509
T: 775.222.2222

  

**Confidentiality Notice:**  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

On Nov 4, 2021, at 2:36 PM, Barbara Pederson <BPederson@lgclawoffice.com> wrote:

> CAUTION: **This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Attached please find the proposed Stipulation and Order for Dismissal, With Prejudice.  Please sign and return your signature page to our office for filing.